J-A08030-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| MATTHEW SCOTT STONE, | : | |
| | : | |
| Appellant | : No. 1438 MDA 2014 | |

Appeal from the Judgment of Sentence Entered August 18, 2014,
in the Court of Common Pleas of Tioga County,
Criminal Division, at No(s): CP-59-CR-0000095-2014

BEFORE:   SHOGAN, WECHT, and STRASSBURGER,* JJ.

CONCURRING STATEMENT BY STRASSBURGER, J.:        **FILED JUNE 12, 2015**

I join the majority memorandum.

I write separately to add that were I to reach the merits, I would affirm. This was no ordinary cruelty to animals case, if there is such a thing. Here, the poor dog died a lonely, slow, and painful death by starvation. Sentencing above the guidelines was not an abuse of discretion.

Judge Wecht joins the concurring statement.

*Retired Senior Judge assigned to the Superior Court.